JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA A. S.,[1]<br><br>        Plaintiff,<br><br>        v.<br><br>MARTIN O'MALLEY,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 2:23-cv-05234-GW (PD)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 18, 2024

_____
GEORGE H. WU
United States District Judge

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.